**Dennis COLES, Petitioner–Appellant,**

v.

**Timothy STEWART, Warden,
Respondent–Appellee.**

**No. 15–6270.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2015.

Decided: Aug. 6, 2015.

Dennis Coles, Appellant Pro Se.

Before WYNN and FLOYD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dennis Coles, a federal prisoner, appeals
the district court's orders denying relief on
his 28 U.S.C. § 2241 (2012) petition and
denying reconsideration. We have re-
viewed the record and find no reversible
error. Accordingly, although we grant
leave to proceed in forma pauperis, we
affirm the district court's orders. We
deny Coles' motions to place the appeal in
abeyance and for release pending appeal.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*